

# United States District Court
# Eastern District of California

| UNITED STATES OF AMERICA, | Case Number: 2:25-cr-00279-DC |
|---|---|
| Plaintiff(s) | |

V.

| MOHAMED AZAB YOUSSEF, | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert Neil Driscoll hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

the Defendant Mohamed Azab Youssef

On ___05/10/2004___ (date), I was admitted to practice and presently in good standing in the ___District of Columbia Court of Appeals___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___02/18/2026___   Signature of Applicant: /s/ ___Robert Neil Driscoll___

**Pro Hac Vice Attorney**

Applicant's Name: Robert Neil Driscoll

Law Firm Name: Dickinson Wright PLLC

Address: 1825 I Street NW, Suite 900

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 466-5955

City and State of Residence: Washington, DC

Primary E-mail Address: rdriscoll@dickinsonwright.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael Murray Beckwith

Law Firm Name: Dickinson Wright RLLP

Address: 615 National Avenue, Suite 220

City: Mountain View   State: CA   Zip: 94043

Phone Number w/Area Code: (408) 701-6123   Bar # 362495

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 19, 2026

Dena Coggins
United States District Judge