# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Feb 20, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA,

v.

MOHAMED AZAB YOUSSEF,

Case No: 2:25-CR-00279-DC

## WARRANT FOR ARREST

USMS SACRAMENTO RCVD
DEC 5 2025 AM 8:29

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST: Mohamed Azab Youssef

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

Indictment

charging him or her with *(brief description of offense)*

Conspiracy to Willfully Cause a Financial Institution to Fail to Maintain an Effective Anti-Money Laundering Program

in violation of Title  **18**  United States Code, Section(s)  **371**

| K. Zignago | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 12/5/25    Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **NO BAIL**    by  **Magistrate Judge Chi Soo Kim**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 12/5/25 | MARCO RODRIGUEZ, DUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 2/13/26 | *(signature)* |
| Date of Arrest | Signature of Arresting Officer |