DICKINSON WRIGHT
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00279-DC |
|---|---|
| vs. | **NOTICE OF FILING** |
| MOHAMED AZAB YOUSSEF, | |
| Defendant. | |

Defendant Mohamed Youssef, by counsel, files this Notice to submit for the record the attached letter setting forth Defendant's Initial Discovery Requests to the government pursuant to Federal Rule of Criminal Procedure 16, *Brady v. Maryland*, *Giglio v. United States*, and other applicable authorities. The attached letter was sent electronically to the government c/o its counsel of record, Katherine Nielsen, Trial Attorney, of the U.S. Department of Justice Criminal Division, MNF Section.

The undersigned respectfully requests that the Clerk docket the attached discovery letter, dated February 25, 2026, so that it may be made part of the record in this case.

| | | |
|---|---|---|
| 1 | Dated: February 25, 2026 | Respectfully submitted, |
| 2 | | **DICKINSON WRIGHT** |

/s/Alfred D. Carry
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
Fax: (844) 670-6009
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 25th day of February, 2026, through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

/s/Alfred D. Carry
Alfred D. Carry
*Counsel for Defendant Mohamed Youssef*