DICKINSON WRIGHT
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED AZAB YOUSSEF,<br><br>Defendant. | Case No. 2:25-cr-00279-DC<br><br>**STIPULATION REGARDING MODIFICATION TO RELEASE CONDITION 15; MODIFIED FINDINGS AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and Defendant, Mohamed Azab Youssef ("Youssef"), by and through his counsel of record, hereby stipulate as follows:

1.      On February 13, 2026, Youssef was arrested in Los Angeles on an indictment returned in the Eastern District of California.

2.      That same day, Youssef made his initial appearance in the Central District of California (Santa Ana Division), where he was released on a $1,000,000 appearance bond with a

Stipulation Regarding Release Condition 15

surety, subject to additional conditions of release to include location monitoring. (Dkt. 18.)

3.    On February 27, 2026, Youssef appeared before the duty magistrate in the Eastern District of California (Sacramento Division) for his first appearance in the charging district and arraignment on the Indictment. At that hearing, the Court discussed the specifications of the conditions of release with defense counsel, pretrial services, and the government, as reflected on the docket, and ordered that Youssef remain released on the previously imposed supervised conditions, with modifications as stated on the record. (Dkts. 22, 24.)

4.    On or about March 9, 2026, the pretrial services officer determined that the terms of Condition 15 were ambiguous.

5.    In order to enhance clarity, the parties agree that Condition 15 can be modified to read: "*You must possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts which you disclosed to the Supervising Agency upon commencement of supervision. You must disclose any passwords or passcodes for all digital devices.  Prior to the first use, you must disclose to the Supervising Agency any new devices, new accounts, new applications, and new passwords or passcodes for all digital devices. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by the Supervising Agency, which may be in conjunction with law enforcement*."

6.    The defendant reserves the right to seek to modify this condition in the future.

IT IS SO STIPULATED

Dated:  March 10, 2026

MARGARET A. MOESER
Chief, Money Laundering,
Narcotics and Forfeiture Section,
Criminal Division
U.S. Department of Justice

By:  /s/ *Katherine Nielsen*
[AUSA NAME]
CAYLEE E. CAMPBELL
EMILY COHEN
Trial Attorneys

Dated: March 10, 2026

Respectfully submitted,

**DICKINSON WRIGHT**

Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com


/s/ *Michael M. Beckwith*
Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
Fax: (844) 670-6009
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

Stipulation Regarding Release Condition 15

**MODIFIED FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.  Pretrial Release Condition 15 will be modified to read: "You must possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts which you disclosed to the Supervising Agency upon commencement of supervision. You must disclose any passwords or passcodes for all digital devices.  Prior to the first use, you must disclose to the Supervising Agency any new devices, new accounts, new applications, and new passwords or passcodes for all digital devices. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by the Supervising Agency, which may be in conjunction with law enforcement."

Dated:  March 10, 2026

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAJISTRATE JUDGE

Stipulation Regarding Release Condition 15