DICKINSON WRIGHT
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED AZAB YOUSSEF,<br><br>Defendant. | Case No. 2:25-cr-00279-DC<br><br>**STIPULATION REGARDING UPDATED SURETY; MODIFIED FINDINGS AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and Defendant, Mohamed Azab Youssef ("Youssef"), by and through his counsel of record, hereby stipulate as follows:

1.     On February 13, 2026, Youssef was arrested in Los Angeles on an indictment returned in the Eastern District of California.

2.     That same day, Youssef made his initial appearance in the Central District of California (Santa Ana Division), where he was released on a $1,000,000 appearance bond with a

Stipulation Regarding Updated Surety

surety, subject to additional conditions of release to include location monitoring. (Dkt. 18.)

3.    On February 27, 2026, Youssef appeared before the duty magistrate in the Eastern District of California (Sacramento Division) for his first appearance in the charging district and arraignment on the Indictment. At that hearing, the Court discussed the specifications of the conditions of release with defense counsel, pretrial services, and the government, as reflected on the docket, and ordered that Youssef remain released on the previously imposed supervised conditions, with modifications as stated on the record. (Dkts. 22, 24.) Because the government indicated that the original third-party surety may be a potential witness in the case, the Court also instructed the parties to file updated surety information by March 6, 2026. (Dkt. 22.)

4.    On March 3, 2026, the defendant submitted to pretrial services the updated surety information, including a Surety Information Sheet and signed Affidavit of Surety (No Justification) for a replacement third-party surety, who acknowledged understanding the obligations associated therewith.

5.    On March 6, 2026, pretrial services contacted the proposed replacement surety for an interview, confirming the same. The government began its work to confirm that the proposed updated surety has no connection to the underlying case.

6.    On March 9, 2026, the government indicated it does not object to the proposed surety.  The government does not currently have any information that would render the proposed surety unsuitable.  The parties agree that the proposed surety may replace the existing surety.

IT IS SO STIPULATED

Dated:  March 10, 2026

MARGARET A. MOESER
Chief, Money Laundering,
Narcotics and Forfeiture Section,
Criminal Division
U.S. Department of Justice

By:  /s/ *Katherine Nielsen*
[AUSA NAME]
CAYLEE E. CAMPBELL
EMILY COHEN
Trial Attorneys

Dated: March 10, 2026

Respectfully submitted,

**DICKINSON WRIGHT**

Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com


/s/ *Michael M. Beckwith*
Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
Fax: (844) 670-6009
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

No. 2:25-cr-00279-DC
Stipulation Regarding Updated Surety

## [MODIFIED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.  The proposed surety may replace the existing surety.


Dated:  March 10, 2026

_____
THE HONORABLE CHI SOO KIM
UNITED STATES MAJISTRATE JUDGE