DICKINSON WRIGHT
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
mbeckwith@dickinsonwright.com

*Counsel for Defendant Mohamed Youssef*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00279-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO RESET STATUS CONFERENCE** |
| vs. | |
| MOHAMED AZAB YOUSSEF, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant Mohamed Azab Youssef, by and through his counsel of record, hereby stipulate as follows:

1.      On March 16, 2026, the Court entered a Related Case Order, relating the above-captioned case to Case Nos. 2:24-cr-0072-JAM and 2:25-cr-0235-JAM, and reassigning this matter from District Judge Dena M. Coggins to Senior District Judge John A. Mendez. (Dkt. 32.)

2.      As a result of the reassignment, the previously scheduled status conference set for May 1, 2026 before Judge Coggins was vacated.

3.    The parties have conferred and agree that this matter should be reset for a status conference. The parties therefore respectfully request that the Court reset the status conference for May 4, 2026, at 9:00am.

IT IS SO STIPULATED.

Dated: March 19, 2026

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division
U.S. Department of Justice

By:    /s/Katherine Nielsen
EMILY COHEN
CAYLEE E. CAMPBELL
KATHERINE NIELSEN
Trial Attorneys

Dated: March 19, 2026

**DICKINSON WRIGHT**

/s/Alfred D. Carry
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dickinsonwright.com
acarry@dickinsonwright.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
Fax: (844) 670-6009
mbeckwith@dickinsonwright.com
*Counsel for Defendant Mohamed Youssef*

* * *

## ORDER

The status conference previously set for May 01, 2026, before District Judge Coggins is **RESET** for **May 05, 2026, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, before Senior District Judge John A. Mendez.

IT IS **SO ORDERED**.

Dated: March 20, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Reset Status Conference