**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00279-JAM |
| Plaintiff, | |
| vs. | **ORDER** |
| MOHAMED AZAB YOUSSEF, | |
| Defendant. | |

This matter comes before the Court on Defendant's Unopposed Motion to Exonerate Bond as to the surety George-Aristotle Elias Georgiades. (Dkt. 38.) Upon consideration of the motion, and for good and sufficient cause shown, the Court finds that the motion should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the bond is exonerated as to the surety George-Aristotle Elias Georgiades and that George-Aristotle Elias Georgiades is relieved of any further obligation or liability stemming from the previously executed appearance bond and Affidavit of Surety (No Justification).

It is **SO ORDERED**.

Date: April 16, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

No. 2:25-cr-00279-JAM