MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
EMILY COHEN
KATHERINE NIELSEN
Trial Attorneys
1400 New York Ave NW
Washington, D.C. 20005
Telephone: (202) 514-1263

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00279-JAM |
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| MOHAMED AZAB YOUSSEF, aka Ray Youssef, aka Rayam Youssef, aka Ray Savant, | COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On December 4, 2025, the defendant, Mohamed Azab Youssef, was charged in a four-count indictment with conspiracy to willfully fail to maintain an effective anti-money laundering program, in violation of 18 U.S.C. § 371; conspiracy to operate an unlicensed money transmitting business, in violation of 18 U.S.C. § 371; operating an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1960 & 2; and conspiracy to violate the Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises Act, in violation of 18 U.S.C. § 371. ECF 1.

2.      On February 13, 2026, the defendant was arrested and had his initial appearance in the Central District of California, Santa Ana Branch.

3.      The defendant was arraigned and had his initial appearance in the Eastern District of California on February 27, 2026 in front of Magistrate Judge Kim, who set a status conference in the matter on May 1, 2026 in front of District Judge Dena Coggins, and excluded time under the Speedy Trial Act from February 27, 2026 until May 1, 2026 .  ECF 22.

4.      That date was vacated by the court on March 17, 2026, and the status conference was reset on March 20, 2026 to May 5, 2026 in this court, without additional exclusion of time. ECF 32 & 34.

5.      The government has made three discovery productions between March 31 and April 13, 2026, and the parties have conferred and agree that there are no substantive issues that need to be addressed at this time.

6.      For that reason, the parties jointly request that this Court continue the status conference to July 14, 2026, at 9:00 a.m. or as soon thereafter as the parties may be heard.

7.     The parties further agree, and request that the Court find, that the time from May 1, 2026, through July 14, 2026, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The factors supporting this finding include the complexity of the case and the need for defense preparation. 18 U.S.C. § 3161(h)(7)(B)(ii) and (B)(iv). The case involves financial and regulatory issues, including alleged violations related to anti-money laundering compliance and money transmitting laws in connection with an online virtual currency marketplace, which add to its complexity. The government has also produced over a terabyte of discovery, and defense counsel needs time to review the discovery, investigate the facts, and prepare the case.

**IT IS SO STIPULATED.**

Dated:  April 20, 2026

MARGARET A. MOESER
Chief, Money Laundering,
Narcotics and Forfeiture Section,
Criminal Division
U.S. Department of Justice


/s/ KATHERINE NIELSEN
KATHERINE NIELSEN
EMILY COHEN
Trial Attorneys


Dated:  April 20, 2026

/s/ ROBERT N. DRISCOLL
ROBERT N. DRISCOLL
MICHAEL M. BECKWITH
ALFRED D. CARRY
Counsel for Defendant
Mohamed Youssef

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3

**ORDER**

Upon stipulation of the parties and for good cause shown, it is hereby ORDERED that the status conference set for May 5, 2026, is **CONTINUED** to **July 14, 2026, at 9:00 a.m.** The Court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the time from **May 01, 2026, through July 14, 2026**, is **EXCLUDED** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the complexity of the case and the need for defense preparation.

IT IS SO ORDERED.

Dated: April 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE