MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
KATHERINE NIELSEN
EMILY COHEN
KATLIN O'BRIEN
Trial Attorneys
1400 New York Ave NW
Washington, D.C. 20005
Telephone: (202) 514-1263

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00279-JAM |
|---|---|
| Plaintiff, | **ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY (ECF No. 48)** |
| v. | |
| MOHAMED AZAB YOUSSEF, aka Ray Youssef, aka Rayam Youssef, aka Ray Savant, | COURT: Hon. John A. Mendez |
| Defendant. | |

The government filed a motion seeking permission of the Court to file a sur-reply to address the new legal issues raised by the defendant's reply in support of his motion to dismiss Count One of the Indictment.

The Court hereby **GRANTS** the United States' Motion for Leave to File a Sur-Reply, and **ORDERS** the Sur-Reply attached as Exhibit A to the Government's motion be refiled forthwith.

Dated: July 08, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION
FOR LEAVE TO FILE SUR-REPLY                1