DICKINSON WRIGHT
Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dwlaw.com
acarry@dwlaw.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
mbeckwith@dwlaw.com

*Counsel for Defendant Mohamed Youssef*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED AZAB YOUSSEF,<br><br>Defendant. | Case No. 2:25-cr-00279-JAM<br><br>**AMENDED STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO DISCONTINUE LOCATION MONITORING** |

Defendant Mohamed Azab Youssef, by and through his counsel, and the United States of America, by and through its counsel, hereby stipulate and agree as follows:

1. Defendant is on pretrial release on a $1,000,000 unsecured appearance bond with a surety (Dkt. 37), subject to the conditions of release set forth in the Amended Special Conditions of Release (Dkt. 31), which include location monitoring.

2. On October 31, 2026, Defendant filed an Unopposed Motion to Modify Conditions of Pretrial Release to Discontinue Location Monitoring (the “Motion”) (Dkt. 65),

requesting that the Court, pursuant to 18 U.S.C. § 3142(c)(3), strike Release Condition 17 of the Amended Special Conditions of Release (Dkt. 31), which requires location monitoring. The grounds for the requested modification are set forth in the Motion.

3. The United States does not oppose the requested modification.

4. The surety, Nikolaos Spanos, has read the Motion and this Stipulation or had them explained to him. He understands that the requested modification would discontinue the requirement that Defendant participate in a location monitoring program, which Pretrial Services has implemented through an ankle monitor, and he consents to the modification. Nikolaos Spanos further acknowledges and agrees that the $1,000,000 unsecured appearance bond (Dkt. 37) and his obligations as surety remain in full force and effect.

5. All other conditions of pretrial release set forth in the Amended Special Conditions of Release (Dkt. 31) remain unchanged.

6. Accordingly, Defendant requests, without opposition from the United States and with the consent of the surety, Nikolaos Spanos, as indicated by their respective signatures below, that the Court grant the Motion (Dkt. 65), strike Release Condition 17 of the Amended Special Conditions of Release (Dkt. 31), direct Pretrial Services to discontinue location monitoring and remove Defendant's ankle monitor, and order that all other conditions of pretrial release remain in full force and effect unless and until otherwise ordered by the Court.

IT IS SO STIPULATED.

Dated: November 5, 2026

Respectfully submitted,

DICKINSON WRIGHT

/s/Alfred D. Carry

Robert N. Driscoll (admitted pro hac vice)
Alfred D. Carry (admitted pro hac vice)
Dickinson Wright PLLC
1825 I Street NW, Suite 900
Washington, DC 20006
Tel: (202) 457-0160
Fax: (844) 670-6009
rdriscoll@dwlaw.com
acarry@dwlaw.com

Michael M. Beckwith (#362495)
Dickinson Wright RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Tel: (408) 701-6152
Fax: (844) 670-6009
mbeckwith@dwlaw.com

*Counsel for Defendant Mohamed Youssef*

UNOPPOSED BY THE UNITED STATES:

MARGARET A. MOESER
Chief, MNF Section,
Criminal Division
U.S. Department of Justice

By: /s/Emily Cohen (as authorized by email on November 2, 2026)
KEVIN MOSLEY
Deputy Chief Bank Integrity Unit
EMILY COHEN
KATLIN O'BRIEN
Trial Attorneys

CONSENTED TO BY SURETY:

_______________________________ _______________________

Nikolaos Spanos
Surety

Date

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion to Modify Conditions of Pretrial Release to Discontinue Location Monitoring (the "Motion") (Dkt. 65) and the foregoing Amended Stipulation (the "Stipulation"). Under 18 U.S.C. § 3142(c)(3), the Court has authority to modify the conditions of pretrial release at any time. Having considered the Motion and Stipulation, it appearing to the Court that the United States does not oppose, and the surety Nikolaos Spanos consents to, the requested modification, the Court finds that continued location monitoring is no longer necessary to reasonably assure Defendant's appearance as required.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED** and the Stipulation is approved. Release Condition 17 of the Amended Special Conditions of Release (Dkt. 31) is stricken in its entirety. Defendant is no longer required to participate in a location monitoring program or to wear or maintain location monitoring technology.

It is further **ORDERED** that Pretrial Services shall discontinue location monitoring and remove Defendant's ankle monitor forthwith.

It is further **ORDERED** that the $1,000,000 unsecured appearance bond (Dkt. 37) and all other conditions of pretrial release, as set forth in the Amended Special Conditions of Release (Dkt. 31), shall remain unchanged and in full force and effect unless and until otherwise ordered by the Court.

It is **SO ORDERED**.

Dated: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE